UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOHN AMES AS TRUSTEE OF UNITED WELFARE　　　CIVIL ACTION NUMBER
FUND, WELFARE DIVISION, AND UNITED　　　　　　09 CV 3101 (NGG)(CLP)
WELFARE FUND, SECURITY DIVISION

　　　　　　　　　　　PLAINTIFFS,

　　　　-AGAINST-　　　　　　　　　　　　　　JUDGMENT BY DEFAULT

S.R. MECHANICAL DESIGNS ASSOCIATES, INC.
A/K/A S.R. MECHANICAL DESIGN ASSOCIATES,
INC. A/K/A SR MECHANICAL ASSOCIATES, INC.,

　　　　　　　　　　　DEFENDANT.
----------------------------------------------------------------X

　　　This action having been commenced on July 21, 2009 by the filing of the Summons and Complaint; a copy of the Summons and Complaint having been served on defendant S.R. Mechanical Designs Associates, Inc. a/k/a S.R. Mechanical Design Associates, Inc. a/k/a SR Mechanical Associates, Inc., on September 10, 2009 by delivering and leaving with Carol Vogt, Authorized Agent in the Office of the Secretary of State, of the State of New York, and proof of service for the defendant having been filed; and the defendant not having appeared in this matter; and the defendant having not answered the Complaint; and the time for appearing and answering the Complaint having expired; and the default of said defendant S.R. Mechanical Designs Associates, Inc. a/k/a S.R. Mechanical Design Associates, Inc. a/k/a SR Mechanical Associates, Inc. in the premises of having been duly entered according to law; upon application of plaintiffs, judgment is hereby entered against said defendant pursuant to the prayer of said complaint.

　　　WHEREFORE, by virtue of the law and by reason of the premises aforesaid, it is

　　　ORDERED, ADJUDGED AND DECREED, that the arbitration award herein be confirmed; and, it is further

ORDERED, ADJUDGED AND DECREED, that the plaintiffs have judgment against the defendant S.R. Mechanical Designs Associates, Inc. a/k/a S.R. Mechanical Design Associates, Inc. a/k/a SR Mechanical Associates, Inc., of 87 Ocean Ave., Massapequa, New York 11758, in the sum of $15,140.09 constituting $12,386.46 per the award; interest on the Award from the date of its issuance in the amount of $553.63; attorney's fees in the amount of $1,800.00 and costs in the amount of $400.00, amounting in all to $15,140.09.

Dated: Oct. 14, 2009

s/Nicholas G. Garaufis
United States District Judge

THIS JUDGMENT WAS DOCKETED ON